**No. 69674.**—Gallagher & Ascher Company *v.* United States, protests 63/12238–13589, etc. (Chicago).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of lock cylinders with keys similar in all material respects to those the subject of *Gallagher & Ascher Company* v. *United States* (54 Cust. Ct. 141, C.D. 2522), the claim of the plaintiff was sustained.